FILE COPY

RE: Case No. 15-0762          DATE: 12/18/2015
COA #: 04-14-00641-CV    TC#: 12-13-0101-CVW
STYLE: ROBERT MARX AND DEBBIE MARX
   v. FDP, L.P.

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. DEBORAH BRYAN
WILSON COUNTY DISTRICT CLERK
P.O. BOX 812
FLORESVILLE, TX  78114

FILE COPY

RE: Case No. 15-0762          DATE: 12/18/2015
    COA #: 04-14-00641-CV    TC#: 12-13-0101-CVW
STYLE: ROBERT MARX AND DEBBIE MARX
    v. FDP, L.P.

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case.


                    MR. KEITH E. HOTTLE
                    CLERK, FOURTH COURT OF APPEALS
                    BEXAR COUNTY JUSTICE CENTER
                    300 DOLOROSA, STE. 3200
                    SAN ANTONIO, TX  78205

RE: Case No. 15-0762        DATE: 12/18/2015
COA #: 04-14-00641-CV    TC#: 12-13-0101-CVW
STYLE: ROBERT MARX AND DEBBIE MARX
   v. FDP, L.P.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MR. KIRK  DOCKERY
DONAHO & DOCKERY, P.C.
P. O. BOX 459
FLORESVILLE, TX  78114-0459

FILE COPY

RE: Case No. 15-0762　　　　　　　DATE: 12/18/2015
　COA #: 04-14-00641-CV　　TC#: 12-13-0101-CVW
STYLE: ROBERT MARX AND DEBBIE MARX
　　v. FDP, L.P.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.


MR. VINCENT L. MARABLE III
PAUL WEBB, P.C.
221 NORTH HOUSTON STREET
WHARTON, TX　77488